# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEXTER ALLAN MARSHALL ,<br><br>    Defendant. | Case No. CR-S-2:04-CR-00191-KJD-LRL-1<br><br>**ORDER** |

    Before the Court is Defendant Dexter Allan Marshall's Motion for Telephonic Hearing Regarding Release of Federal Hold on NDOC Prisoner (#51). The Government has filed a response (#52).

    On December 21, 2010, Defendant was sentenced to a twenty-four month term of imprisonment on a supervised release revocation (Case No: 2:04-cr-00373-KJD). This Court ordered that the sentence run concurrently with the sentence imposed in State of Nevada case number C258619.

    Defendant seeks a release of the federal detainer so that he can qualify for certain programs available through the Nevada Department of Corrections. Defendant's projected parole date from

state custody is August 11, 2014.  However, that date is fluid due to a pending habeas corpus petition and other possible factors.  Defendant's projected release date on the federal sentence is not until September 17, 2012.  Although it is unlikely that Defendant will be released from state custody prior to that time, in order to ensure that Defendant serves his federal time, the Motion to Release Federal Hold (#51) is **DENIED**.

DATED this 20th day of August 2012.

_____
Kent J. Dawson
United States District Judge